IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GALVIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AMTRAK, et al., )<br>)<br>Defendants. )<br>)<br>_____ ) | No. CV-F-04-5472 REC DLB<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION FOR SUMMARY JUDGMENT<br>AND REMANDING CASE TO<br>SUPERIOR COURT. |

Before the Court is a motion for summary judgment filed by Defendant National Railroad Passenger Corporation ("Amtrak"), to which Plaintiffs have filed a statement of non-opposition.

**ACCORDINGLY,** the Court hereby GRANTS summary judgment in favor of Defendant Amtrak.

**FURTHER,** because there is no longer a basis for federal subject matter jurisdiction, the Court hereby REMANDS this case to the Los Angeles Superior Court from which it was removed.

IT IS SO ORDERED.

**Dated: April 18, 2005**                    **/s/ Robert E. Coyle**
ia40ij                                              UNITED STATES DISTRICT JUDGE

1